# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMID BUENO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | No. 23-12295-AK |
| ) | |
| SHAWN ZOLDAK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**A. KELLEY, D.J.**

In an Order dated January 4, 2024, the Court ordered plaintiff Emid Bueno to either pay the filing fee or an Application to Proceed in District Court without Prepaying Fees or Costs accompanied by a copy of his prison account statement. The Court informed Bueno that failure to comply with the Order by January 25, 2024, would likely result in dismissal of the action.

The time period for complying with the Court's Order has elapsed without any response from Bueno. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee or otherwise respond to the Order.

**SO ORDERED.**

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge

February 13, 2024